UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

In Re: Grievance Arbitration
Between United Food and
Commercial Workers, Local 1116,
on Behalf of Jeff Provinzino,
and Miner's Incorporated.

Civ. No. 00-1557 (DDA/RLE)

* * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of October, 2000.

* * *

On October 26, 2000, this matter came before the Court for the conduct of an Initial Pretrial Conference. At the time of the Conference, the Plaintiff Miner's Incorporated appeared by Bruce M. Anderson, Esq., and the Defendant United Food and Commercial Workers, Local 1116, appeared by Thomas F. Andrew, Esq.

Currently, the parties are scheduled to be heard by the District Court, the Honorable Donald D. Alsop presiding, on November 28, 2000, on what are, effectively, their cross-Motions for Summary Judgment. In this action, the Plaintiff seeks to vacate an Arbitration Award in which the Arbitrator reinstated Jeff Provinzino ("Provinzino"), who had apparently been terminated from the Plaintiff's employ for the alleged destruction of company property. In turn, the Defendant Union, which represented Provinzino in the

FILED OCT 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Arbitration proceeding, seeks a confirmation of the Arbitration Award, and an award of its reasonable costs and expenses in defending against the Plaintiff's claim, pursuant to Rule 11, Federal Rules of Civil Procedure.

Given the absence of any apparent need for discovery, or any related need for pretrial Motion practice, we defer the issuance of a Pretrial Order until after the District Court has ruled upon the pending Motions. If, after that ruling, either or both parties believe that a Scheduling Order is necessary, they may promptly approach the Court for that purpose.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE