# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: Grievance Arbitration Between United Food and Commercial Workers, Local 1116, on Behalf of Jeff Provenzino, and Mincr's Incorporated

Case No. Civil 00-1557 DDA/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Miner's motion to vacate the arbitration award is denied;
2. The Union's motion to confirm the arbitration award is denied;
3. The Union's motion for attorney fees and expenses is denied;
4. The award of the arbitrator is confirmed;
5. The clerk shall enter judgment as follows:

   It is hereby judged and decreed that the award of arbitrator Joseph L. Daly dated April 4, 2000, is in all things confirmed.

DATE: January 2, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(27)